UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-31035 |
|---|---|
| BILLY JACK ROBBINS | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3975147**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 3 | NATIONAL CITY MORTGAGE<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | 23.82 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/9/2009

Certificate of Service　　　　　06-31035

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

BILLY JACK ROBBINS
91 CHOCTAW CIRCLE
FRANKLIN, OH 45005

HAROLD W WAMPLER I I I
1343 WOODMAN DR
STE B
DAYTON, OH 45432

(19.1n)
LAURA R FAULKNER
525 VINE ST
SUITE 800
CINCINNATI, OH 45202

(3.1)
NATIONAL CITY MORTGAGE
3232 NEWMARK DR
MIAMISBURG, OH 45342

　　　　　Jeffrey M. Kellner BY　　　/s/ Jeffrey M. Kellner_____　cs